DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

DOMONIC C. TORRES,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D21-1549

_____

September 29, 2021

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Hillsborough County; Michelle D. Sisco, Judge.

Matthew R. McLain of McLain Law, P.A., Longwood, for Appellant.

PER CURIAM.

    Affirmed.

VILLANTI, BLACK, and SMITH, JJ., Concur.

_____

Opinion subject to revision prior to official publication.